UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDALL MUCK, <br><br> Defendant. | No. CR 19-5212 RBL <br><br> ORDER GRANTING DEFENSE UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |

THE COURT has considered the defendant's unopposed motion to continue the trial date and pretrial motions deadline and the facts and circumstances described therein, which are hereby incorporated as findings of fact, and finds that:

(a) taking into consideration the current global health crisis and court closures; and

(b) the ends of justice, which require in-custody defendants' trials to take priority over the trials of out-of-custody defendants, once "normal" court operations resume; and

(c) the Court's General Order 02-20 of March 17, 2020, attached to and incorporated in this motion, which incorporates an exclusion of time for purposes of the Speedy Trial Act, as follows:

> due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the above public health recommendations on the availability of witnesses, counsel and Court staff to be present in the courtroom, the time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Muck;* CR 19-5212 RBL) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A).

Defense counsel have conferred with Assistant United States Attorneys André Peñalver and Grady Leupold regarding this request for continuance. The Government is in agreement with this motion for continuance, and the defendant has no objection to waiver of his right to speedy trial.

IT IS THEREFORE ORDERED that the trial date is continued from April 6, 2020, to September 8, 2020, and that pretrial motions shall be filed no later than July 31, 2020.

DONE this 27th day of March, 2020.

Ronald B. Leighton
United States District Judge

Presented by:

*s/ Miriam Schwartz*
First Assistant Federal Public Defender
Attorney for Randall Muck

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Muck;* CR 19-5212 RBL) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**